UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-62422-CIV-DIMITROULEAS

JEREMY PINSON,

                        Magistrate Judge White

    Plaintiff,

v.

TERESA GULOTTA-POWERS,

    Defendants.
_____/

## ORDER APPROVING REPORT RE TRANSFER

THIS CAUSE is before the Court upon the Magistrate Judge White's Report [DE 4], entered on January 3, 2010. Although the Plaintiff has not filed any Objections, the Court has conducted a *de novo* review of the record, and is otherwise fully advised in the premises.

The Court agrees with the Magistrate Judge that this case has no connection with the Southern District of Florida, and therefore this district is not the appropriate venue. Title 28 U.S.C. §1391 provides that a non-diverse case should be brought in the district where a defendant resides or where a substantial part of the events or omissions giving rise to the claims occurred, which is apparently the United States District Court for the Northern District of Alabama.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge White's Report [DE 4] is hereby **APPROVED**;

2. The Clerk shall transfer this case to the United States District Court for the Northern District of Alabama, pursuant to 28 U.S.C. §1406(a);

3. The Clerk shall close this case;

4. All other motions are hereby denied as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of January, 2011.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge White

Jeremy Pinson, pro se
#16267-064
FCI- Talladega, Al.


Ed Sieber, Case Assignment Administrator